United States District Court
Southern District of Texas
**ENTERED**
August 24, 2021
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| NICOLAS S. NICOLAS, Plaintiff, | § § § § | Civil Action No. 4:20-cv-01263 |
| vs. | § § § § | Judge Charles Eskridge |
| PPH MORTGAGE CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY, Defendants. | § § § § § § | |

## Order

Section 17(c) of this Court's procedures requires mediation or settlement conference before the Magistrate Judge within forty-five days of the filing of a summary judgment motion under Rule 56 of the Federal Rules of Civil Procedure. Such discussions must proceed in good faith. See also Section 32.

Defendants PPH Mortgage Corporation and Deutsche Bank National Trust Company have moved for summary judgment. Dkt 12.

The parties are ORDERED to comply with Sections 17(c) and 32 of this Court's procedures. Failure to participate in good faith may subject a party to sanctions under Rule 16(f).

The parties are further ORDERED to file a joint report regarding settlement status by October 4, 2021.

So ordered.

Signed on August 24, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge