# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICOLAS S. NICOLAS, | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 4:20-CV-1263 |
| DEUTSCHE BANK NATIONAL | § |
| TRUST COMPANY, AS | § |
| INDENTURE TRUSTEE FOR | § |
| AMERICAN HOME MORTGAGE | § |
| INVESTMENT TRUST 2006-3 and | § |
| PHH MORTGAGE CORPORATION. | § |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO WITHDRAW ADMISSION**

**STATE OF TEXAS**            §

**COUNTY OF HARRIS**       §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared the person known by me to be Brandy M. Alexander who, after being by me duly sworn, testified as follows:

"My name is Brandy M. Alexander, I am over 18 years of age, I am competent to make this affidavit and I have personal knowledge of the matters stated herein.

I was not made aware of the admissions requests until Defendants had served me with their Motion for Summary Judgment, where the deemed admissions were incorporated.

I saw in the evidence presented by Defendants' Motion Summary Judgment that the admissions were sent via certified mail with return receipt. Upon investigation, I saw that the return receipt is noted as 'COVID-19' and signed by 'BDP' which is someone that I have no knowledge of.

I also checked my emails and I did not find any email from Defendants regarding any admissions requests."

_____
Brandy M. Alexander, Affiant

SUBSCRIBED AND SWORN TO before me on September 17, 2021.

SALLY GONZALES
Notary Public, State of Texas
Comm. Expires 09-28-2023
Notary ID 130384993

Sally Gonzales
_____
Notary Public