# EXHIBIT "B"

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 9590 9266 9904 2175 3349 88 | A. Signature X BDP | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) BDP | C. Date of Delivery 6-18-21 |
| | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No | |
| 1. Article Addressed to: BRANDY MICHELLE ALEXANDER 6200 SAVOY DRIVE, SUITE 1202 HOUSTON, TEXAS 77036 | (OVI(12-19) | |
| | 3. Service Type: ☒ Certified Mail | |
| | Reference Information | |
| 2. Certified Mail (Form 3800) Article Number 9414 7266 9904 2175 3349 85 | GSD/SAJ / 104938.2736 (OCWEN/NICOLAS) / DEF'S IROGS RFP AND RFA W/EXHS (6/16/2021) | |
| PS Form 3811, Facsimile, July 2015 | | Domestic Return Receipt |

