IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NICOLAS S. NICOLAS,** § | |
| § | |
| **v.** § | |
| § | **CIVIL ACTION NO. 4:20-CV-1263** |
| **DEUTSCHE BANK NATIONAL** § | |
| **TRUST COMPANY , AS** § | |
| **INDENTURE TRUSTEE FOR** § | |
| **AMERICAN HOME MORTGAGE** § | |
| **INVESTMENT TRUST 2006-3 and** § | |
| **PHH MORTGAGE CORPORATION.** § | |

**ORDER ON MOTION FOR LEAVE TO WITHDRAW ADMISSION**

On this day, the Motion for Leave to Withdraw Admission filed by Plaintiff came on for consideration by the Court.

After consideration of the pleadings, evidence, and arguments of counsel, the Court **FINDS** that Plaintiff has shown good cause for the withdrawal of the admission of fact as requested.

**THE COURT FURTHER FINDS** that no party will be unduly prejudiced and presentation of the merits of this cause will be subserved by permitting Plaintiff to make such withdrawal.

**IT IS ORDERED** that Plaintiff is granted leave to withdraw the response to Request numbers 1-36 to such response is hereby deemed withdrawn and of no further force or effect.

SIGNED ON _____.

_____
Hon. Charles Eskridge
United States District Judge