```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  HOUSTON DIVISION
```

| | | |
|---|---|---|
| Nicolas S. Nicholas, | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. H-20-1263 |
| | § | |
| PHH Mortgage Corporation et al | § | |
| Defendants, | | |

## NOTICE OF SETTLEMENT CONFERENCE

**TO ALL PARTIES AND COUNSEL OF RECORD**:

The above matter was referred to Magistrate Judge Sam S. Sheldon for a settlement conference.

You are hereby notified that the conference is **scheduled for Monday, November 8, 2021, at 9:00 A.M., BY ZOOM.**

## REQUIRED ATTENDANCE AT THE SETTLEMENT CONFERENCE

**Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the settlement conference by ZOOM with the parties and with the person or persons having full authority to negotiate and to settle the case on any terms at the conference.**

SIGNED this 21st day of September, 2021, at Houston, Texas.

_____
Sam Sheldon
United States Magistrate Judge