United States District Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NICOLAS S. NICOLAS,<br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3 and PHH MORTGAGE CORPORATION,<br>Defendants. | CIVIL ACTION NO.<br>4:20-cv-1263<br><br>JUDGE CHARLES ESKRIDGE |

## ORDER

The parties in this matter have agreed to extend the deadline to respond to Defendants' Motion for Summary Judgment to September 17, 2021.

IT IS ORDERED that the response to the Motion for Summary Judgment shall be due on September 17, 2021.

SO ORDERED.

Signed on September 22, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge

1