**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NICOLAS S. NICOLAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:20-cv-1263** |
| | § | |
| **DEUTSCHE BANK NATIONAL TRUST** | § | |
| **COMPANY, AS INDENTURE** | § | |
| **TRUSTEE FOR AMERICAN HOME** | § | |
| **MORTGAGE INVESTMENT TRUST** | § | |
| **2006-3 and PHH MORTGAGE** | § | |
| **CORPORATION,** | § | |
| | § | |
| **Defendants.** | § | |

**AGREED MOTION TO AMEND SCHEDULING ORDER**

Defendants PHH Mortgage Corporation and Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2006-3 (collectively, the "***Defendants***") and Plaintiff Nicolas S. Nicolas ("***Plaintiff***") (collectively, the "***Parties***") file this Agreed Motion to Amend Scheduling Order, and would respectfully show the Court as follows:

1.      On March 3, 2020, Plaintiff initiated this action by filing his Complaint in the Montgomery County District Court, which Defendants subsequently removed to this Court.[1]

2.      The Court issued a Scheduling and Docket Control Order (the "***Order***") on September 15, 2020.[2] Pursuant to the Order, the deadline to file dispositive and nondispositive motions was August 20, 2021, and the deadline to mediate or conduct a settlement conference before the Magistrate Judge is October 1, 2021.[3] Defendants timely filed a Motion for Summary Judgment on August 20, 2021.[4] Plaintiff filed his response on September 17, 2021, and Defendants

---

[1] Doc. No. 1.
[2] Doc. No. 10.
[3] *Id.*
[4] Doc. No. 12

filed a reply on September 24, 2021.[5]  The Parties reached out to the Court on or about September

20, 2021 regarding potential dates for a settlement conference. A settlement conference is currently

scheduled for November 8, 2021, at 9:00 a.m., with Magistrate Judge Sam S. Sheldon.[6] Prior to

the scheduling of the settlement conference – and throughout the pendency of this case – the Parties

have had extensive discussions regarding an informal resolution of the case structured around a

possible modification of Plaintiff's loan. The Parties were hopeful that they could reach an

informal resolution without the need for a settlement conference, but have not reached any such

resolution to date.

3.      In order to complete the settlement conference before the scheduled deadline for

submission of the Joint Pretrial Order and Motions in Limine, the Parties respectfully request an

extension for these deadlines.

4.      The rationale for the additional extension is that the Parties were unable to obtain a

date for the settlement conference that was within the bounds contemplated by the Scheduling

Order. In light of these factors, the Parties request a 75-day extension of the present settlement

conference, pretrial order, and docket call deadlines. This will place the deadline for the settlement

conference on December 15, 2021; the deadline to file the joint pretrial order on January 18, 2022;

and docket call on March 7, 2022.

5.      This motion is not made for delay but so justice may be done.

For these reasons, Defendants and Plaintiff respectfully request the Court grant this Agreed

Motion to Amend Scheduling Order.

---

[5] Doc. Nos. 17, 20.
[6] Doc. No. 18.

Respectfully submitted,

By:/s/ Greg DeVries

**BRIAN PAINO**
State Bar No. 24065862
bpaino@mcglinchey.com
**MCGLINCHEY STAFFORD**
18201 Von Karman Ave, Ste 350
Irvine CA 92612
Telephone : (949) 381-5900
Facsimile: (949) 271-4040

**GREG DEVRIES**
State Bar No. 24105802
gdevries@mcglinchey.com
**MCGLINCHEY STAFFORD**
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone : (713) 520-1900
Facsimile: (713) 520-1025

**ATTORNEYS FOR DEFENDANTS**

By:/s/ Brandy Alexander  (with permission)

**BRANDY ALEXANDER**
State Bar No. 24108421
brandyalexander@alexanderpllc.com
6200 Savoy Drive, Suite 1202
Houston, Texas 77036
Telephone: (832)-460-3307
Facsimile: (832) 460-3334

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 20, 2021, I contacted counsel for Plaintiff by email to confer regarding the relief sought in this motion. Counsel for Plaintiffs indicated that Plaintiffs agree to the relief sought in this motion.

/s/ Greg DeVries
**GREG DEVRIES**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2021, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record, by operation of the Court's electronic filing system or by other means in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

*Via CMRRR and/or*
*Email* **brandyalexander@alexanderpllc.com**
Brandy Michelle Alexander
Texas State Bar No. 24108421
6200 Savoy Drive, Suite 1202
Houston, Texas 77036
Telephone: (832)-460-3307
Facsimile: (832) 460-3334
*Counsel for Plaintiff*

*/s/ Greg DeVries*
**GREG DEVRIES**