IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NICOLAS S. NICOLAS, | § § § | |
| Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-1263 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3 and PHH MORTGAGE CORPORATION, | § § § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO AMEND SCHEDULING ORDER**

On this day, the Court considered the Agreed Motion to Amend Scheduling Order filed by the parties. Having determined that good cause exists for granting the motion, the motion is hereby GRANTED. It is therefore

ORDERED that the parties must either mediate or conduct a settlement conference with a Magistrate Judge on or before December 15, 2021. It is further

ORDERED that the parties must file a joint pretrial order on or before January 18, 2022. Motions in limine shall also be filed on or before this date. It is further

ORDERED that docket call shall take place on March 7, 2022.

Signed this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE