IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICOLAS S. NICOLAS,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY , AS<br>INDENTURE TRUSTEE FOR<br>AMERICAN HOME MORTGAGE<br>INVESTMENT TRUST 2006-3 and<br>PHH MORTGAGE CORPORATION. | § § § § § § § § § § §  CIVIL ACTION NO. 4:20-CV-1263 |

## NOTICE OF CONTACT INFORMATION CHANGE

PLEASE TAKE NOTICE that Brandy M. Alexander's contact information has been changed. Ms. Alexander's contact information is as follows:

Brandy M. Alexander
Tex. Bar No. 24108421
S.D.T. Bar No. 3481068
2502 La Branch St
Houston, Texas 77004
Tel: (832) 360-2318
Fax: (346) 998-0886
Email: brandyalexander@alexanderpllc.com

Please send all correspondence, pleadings, or other documents in this case to the updated address and/or email address.

Respectfully submitted,

ALEXANDER LAW, PLLC

/s/ Brandy M. Alexander
Brandy M. Alexander
Tex. Bar No. 24108421| S.D.T. Bar No. 3481068
2502 La Branch St | Houston, Texas 77004
Tel: (832) 360-2318 | Fax: (346) 998-0886
Email: brandyalexander@alexanderpllc.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was served on November 2, 2021 on all interested parties via ECF notification pursuant to the Federal Rules of Civil Procedure.

                              */s/ Brandy M. Alexander*
                              Brandy M. Alexander