United States District Court
Southern District of Texas
**ENTERED**
December 20, 2021
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>December 20,  2021</u>
COURT REPORTER:
MORNING: _____   AFTERNOON: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL  NO 4:20cv1263

Nicolas S. Nicolas,

    Plaintiff
vs.

PHH Mortgage Corporation, et al

    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MINUTE ENTRY ORDER:

<u>Defendants' counsel Brian Paino and Gregory DeVries are both ORDERED to appear in-person at the courthouse at 1 p.m. on December 28, 2021, for a settlement conference. A corporate officer from New Jersey with full settlement authority on behalf of Defendant PHH Mortgage Corporation shall attend in-person with Attorneys Paino and DeVries. SO ORDERED.</u>

    SIGNED in Houston, Texas, this <u>20</u>[th]  day of December, 2021.

    Sam Sheldon
    United States Magistrate Judge