United States District Court
Southern District of Texas
**ENTERED**
December 23, 2021
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>December 23,  2021</u>
COURT REPORTER:
MORNING: _____   AFTERNOON: _____
*****************************************************************************

CIVIL  NO 4:20cv1263

Nicolas S. Nicolas,

   Plaintiff
vs.

PHH Mortgage Corporation, et al

   Defendants

*****************************************************************************
MINUTE ENTRY ORDER:

<u>Defendants filed a motion requesting that Attorney Brian Paino be permitted to appear at the December 28, 2021 Settlement Conference via remote means (Dkt. No. 27). This request is GRANTED. However, Attorney Gregory DeVries and Defendant's corporate officer from New Jersey with full settlement authority are both ORDERED to appear in-person at the courthouse.</u>

 SIGNED in Houston, Texas, this <u>23</u>rd  day of December, 2021.

            _____
               Sam Sheldon
              United States Magistrate Judge