United States District Court<br>
Southern District of Texas<br>
**ENTERED**<br>
December 28, 2021<br>
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>December 28,  2021</u>
COURT REPORTER:
MORNING:  <u>(1hour)</u>         AFTERNOON: _____

`*************************************************************************`

CIVIL  NO 4:20cv1263

| | |
|---|---|
| Nicolas S. Nicolas, | Brandy Michelle Alexander |
| Plaintiff | |
| vs. | |
| PHH Mortgage Corporation, et al | Brian A. Paino |
| | Gregory Stewart DeVries |
| Defendants | |

`*************************************************************************`

MINUTE ENTRY ORDER:

<u>The parties have settled the case and the material terms were placed on the record.</u>

SIGNED in Houston, Texas, this <u>28</u>th  day of December, 2021.

_____
Sam Sheldon
United States Magistrate Judge