United States District Court
Southern District of Texas
**ENTERED**
December 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NICOLAS S. NICOLAS, § | CIVIL ACTION NO. | |
| Plaintiff, § | 4:20-cv-01263 | |
| § | | |
| vs. § | JUDGE CHARLES ESKRIDGE | |
| § | | |
| PHH MORTGAGE § | | |
| CORPORATION, § | | |
| Defendant. § | | |

## ORDER

The Court is advised that the parties have settled their dispute in conference before the Magistrate Judge Sam S. Sheldon. Dkt 29.

All claims by Plaintiff Nicolas S. Nicolas against Defendant PHH Mortgage Corporation are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate his claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED

Signed on December 29, 2021, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge